UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1446(JMR/RLE)

Marie Mikkelson )
)
v. ) ORDER TO SHOW CAUSE
)
Wal-Mart Stores, Inc. )

The Court reviews this matter sua sponte. On July 20, 2001, plaintiff filed a complaint in Minnesota state court seeking damages "in an amount in excess of $50,000." On August 8, 2001, defendant filed a notice of removal with this Court, alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332. The petition for removal asserts the parties are citizens of different states, and that "it cannot be said with legal certainty that the plaintiff's actual damages recovered will be less than $75,000."

This Court has jurisdiction "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332. Based on the foregoing, the Court enters the following:

ORDER TO SHOW CAUSE directed to both parties to advise this Court on or before September 21, 2001, whether the requirements of 28 U.S.C. § 1332 are satisfied.

Dated: August 30th, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED AUG 31 2001
DEPUTY CLERK'S INITIALS ______